STATE v. ELLERBEE

No. 132 PC.

Case below: 51 N.C. App. 249.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 January 1982.

STATE v. GUY and STATE v. YANDLE

No. 138 PC.

Case below: 54 N.C. App. 208.

Petition by defendant Yandle for writ of certiorari to North Carolina Court of Appeals denied 12 January 1982.

STATE v. JOHNSON

No. 71 PC.

Case below: 53 N.C. App. 631.

Petition by State for discretionary review under G.S. 7A-31 denied 12 January 1982.

STATE v. JONES

No. 26 PC.

Now No. 3 PA 82.

Case below: 53 N.C. App. 466.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 12 January 1982

STATE v. JOYNER

No. 73 PC.

Case below: 54 N.C. App. 129.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.